IN THE SUPREME COURT OF TEXAS

 No. 04-0411

 IN THE INTEREST OF A.C.S. AND G.E.S.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency relief, filed April 30, 2004, is
granted. The following orders from the 272nd District Court of Brazos
County, Texas, as described below, are stayed.

 The "County of Residence" section on page 3 of the December 5, 2003,
Order in Suit to Modify Parent-Child Relationship in Cause No. 02-001597-
CVD-272, styled In the Interest of Abilgail Christine Smith and Grace
Elizabeth Smith, Children.

 The March 26, 2004, Order Establishing Move Date in Cause No. 02-
001597, styled In the Interest of Abilgail and Grace Smith.

This stay order will remain in effect until the Tenth Court of Appeals
rules on the motions for emergency stay pending in that court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., May 10,
2004.

 Done at the City of Austin, this April 30, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk